Date: 03/25/14

**CHARLIE JESSEE (662000)**
**COURT REMITTANCES**
**Transaction Date Range Through 03/25/14**

Page: 1

Debtor Name  **ORNDOFF, WILLIAM WOODROW**                                    Account No.  **04466241**
Case Number  **07-71477**

| Date | Check# | Payee | Check Amount | Claim # | Item# | Creditor | Claim Paid |
|---|---|---|---|---|---|---|---|
| **FUNDS REMITTED TO COURT** | | | | | | | |
| 03/20/14 | 30001 | UNITED STATES BANKRUPTCY COURT | 2,330.00 | 000011 | 11 | HUDSON & KEYSE, LLC | 2,330.00 |
| | | Account Totals | 2,330.00 | | | | |
| | | Case Totals | 2,330.00 | | | | |

COURTREM                                                                                      Printed: 03/25/14 05:16 PM   Ver: 17.05b